**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-01392-REB-MEH

MICHAEL AL-ABSI,
BACHIR AL-ABSI, and
JESSICA AL-ABSI,

    Plaintiffs,

v.

PATRICK W. M. IMESON, and
BLACK DIAMOND FINANCIAL GROUP, LLC,

    Defendants.

**FINAL JUDGMENT ON GARNISHMENT ANSWER**

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rule of Civil Procedure 69(a) and Colorado Rule of Civil Procedure 103, the following Judgment is hereby entered.

Pursuant to the Order [ECF 49] entered by Judge Robert E. Blackburn on February 26, 2019, which granted Plaintiffs' Motion for Order to Disburse Garnished Funds [ECF 47], it is

ORDERED that judgment is entered on the garnishment answer [ECF 46] in the amount of 35,153.97 dollars in favor of judgment debtor, Black Diamond Financial Group, LLC, for the use of the plaintiffs, Michael Al-Absi, Bachir Al-Absi, and Jessica Al-Absi, and against the garnishee, First Bank. It is further

ORDERED that on or before March 14, 2019, garnishee First Bank shall pay the amount of the judgment 35,153.97 dollars, to counsel for the plaintiffs, Thomas C. Bell, Davis, Graham, & Stubbs, 1550 17th Street, Suite 500, Denver, CO 80202.

DATED at Denver, Colorado, this 27th day of February, 2019.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:   s/L.Roberson
      L. Roberson
      Deputy Clerk